IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GWENDOLYN LOVE

v.  :  NO. 11-2723

NCO FINANCIAL SYSTEMS, INC.

FILED
JUN 30 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE SURRICK, J.

AND NOW, to wit, this 30th day of June, 2011, It is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC.'S offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68, judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

BY THE COURT:

ATTEST:

_____
Deputy Clerk

judg